# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SAKARI JARVELA, and ) | |
| Chapter 7 Bankruptcy Trustee, ) | |
| James G. Henderson ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| CRETE CARRIER CORPORATION, ) | 1:11-CV-2486-SCJ |
| ) | UNOPPOSED |
| Defendant. ) | |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs hereby give notice of their appeal to the United States Court of Appeals for the Eleventh Circuit from the following judgment and order of the United States District Court for the Northern District of Georgia:

1. March 14, 2013 Order granting Motion for Summary Judgement (Doc. #40) entered in favor of Defendant Crete Carrier Corporation and against Plaintiff Sakari Jarvela.

Respectfully submitted,

/s/ Jon C. Goldfarb
Jon C. Goldfarb
Counsel for Plaintiff

1

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN & PANTAZIS
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have filed today, April 9, 2013, the above and foregoing, with copies being served on:

Jeffrey A. Schwartz
jschwartz@jacksonlewis.com
Alison E. Loy
alison.loy@jacksonlewis.com
JACKSON LEWIS LLP
1155 Peachtree Street, NE, Suite 1000
Atlanta, Georgia 30309

On this the  9  day of April, 2013

                                                        /s/ Jon C. Goldfarb
                                                       Counsel of Record